UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JUSTIN ARMSTRONG,                         :
                         Plaintiff,       :    10 Civ. 2702 (DLC)
          -v-                             :
                                          :    NOTICE OF INITIAL
"JOHN DOE" NEW JERSEY STATE TROOPERS 1-   :    PRETRIAL CONFERENCE
5,, 150 RFT VARICK CORP., d.b.a.          :
GREEHOUSE USA, "JOHN DOE" GREENHOUSE      :
SECURITY 1 & 2, JON BAKHSHI, BARRY        :
MULLINEAUX, FRANK PORCO, JOHN BEST,       :
MERLIN BOB WILLIS, TIM REGISFORD, GREG    :
ANNUNZIATA, and W&M OPERATING, LLC,       :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-10

DENISE COTE, DISTRICT JUDGE:

     This case has been designated an electronic case and has been assigned to me for all purposes. By the date of the initial pretrial conference counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing.

     Counsel for all parties are directed to appear for an initial pretrial conference with the Court, at the time and place listed below. Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at Fed.R.Civ.P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery. Prior to the date of the conference, all parties must send the Court one copy of all pleadings.

     If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgments Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

YOU ARE DIRECTED (i) TO SO NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM A COPY OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF SUCH NOTICE WITH THE COURT. IF YOU ARE UNAWARE OF THE IDENTITY OF COUNSEL FOR ANY OF THE PARTIES, YOU MUST FORTHWITH SEND A COPY OF THE NOTICE AND PRACTICES TO THAT PARTY PERSONALLY.

DATE AND PLACE OF CONFERENCE: **JUNE 25, 2010, AT 2:30 P.M.** AT THE UNITED STATES COURT HOUSE, 500 PEARL STREET, NEW YORK, NEW YORK, IN COURTROOM 11B.

Dated:   New York, New York
         March 31, 2010

_____
DENISE COTE
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUSTIN ARMSTRONG,

                                           Case No. 10 CIV 2702 (DLC)
                                           **AFFIDAVIT OF SERVICE**

                      Plaintiff,

        -against-

"JOHN DOE' NEW JERSEY STATE TROOPES
1-5, 150 RFT VARICK CORP., D/B/A
GREENHOUSE USA, "JOHN DOE"
GREENHOUSE SECURITY 1&2, JON BAKHSHI,
BARRY MULLINEAUX, FRANK PORCO, JOHN
BEST, MERLIN BOB WILLIS, TIM RIGSFORD,
GREG ANNUNZIATA, AND W&M OPERATING,
LLC,

                    Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK    }
                                ss.:
COUNTY OF NEW YORK  }

        IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on April 7, 2010 he served the within NOTICE OF INITIAL PRETRIAL CONFERENCE upon the Defendants, by placing a true copies of the same in separate postpaid wrappers in an Official United States Post Office receptacle, duly addressed as follows:

                        150 RFT Varick Corp.
                        d/b/a Greenhouse USA
                        150 Varick Street
                        New York, NY 10013

                        " See attached rider"

                                                      *Idris Mahmoud*
                                                      IDRIS MAHMOUD
                                                      LIC# 1151131

Sworn to before me this
7th day of April, 2010

*signature*
NOTARY PUBLIC
ETHAN Y. LEONARD
Notary Public, State of New York
No 02LE5085475
Qualified in New York County
Commission Expires September 22, 2013

"John Doe" Greenhouse Security #1,
"John Doe" Greenhouse Security #2,
  Jon Bakhshi,
  Barry Mullineaux,
  John Best,
  Merlin Bob Willis,
  Tim Regisford,
  Greg Annunziata,

Each of them:
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

       And

W&M Operating, LLC
42-12 28th Street
Long Island City, NY 11101