AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Justin Armstrong

*Plaintiff*

v.

"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, "John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, Tim Regisford, Greg Annunziata, and W&M Operating, LLC

*Defendant*

Civil Action No.

10 CIV 2702

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

"John Doe" New Jersey State Troopers #1-5
c/o New Jersey State Police
Office of Professional Standards, Intake & Adjudication Bureau
810 Bear Tavern Road, Suite 310
West Trenton, NJ 08628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

CLERK OF COURT

Date: MAR 26 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JUDGE COTE

Justin Armstrong )
)
*Plaintiff* )
) Civil Action No. 10 CIV. 2702
v. )
"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, )
"John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, )
Tim Regisford, Greg Annunziata, and W&M Operating, LLC )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

150 RFT Varick Corp
dba Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL MAHON

MAR 20 2010

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Justin Armstrong | ) | JUDGE COTE |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| "John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, "John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, Tim Regisford, Greg Annunziata, and W&M Operating, LLC | ) ) ) | 10 CIV 2702 |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
"John Doe" Greenhouse Security #1
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
CLERK OF COURT

Date: MAR 26 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

Justin Armstrong

*Plaintiff*

v.

"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, "John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, Tim Regisford, Greg Annunziata, and W&M Operating, LLC

*Defendant*

JUDGE COTE

Civil Action No.

10 CIV 2702

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
"John Doe" Greenhouse Security #2
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
*CLERK OF COURT*

Date: MAR 26 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Justin Armstrong )
)
*Plaintiff* )
)
v. )  Civil Action No.
"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, )
"John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, )
Tim Regisford, Greg Annunziata, and W&M Operating, LLC )
)
*Defendant* )

JUDGE COTE

## SUMMONS IN A CIVIL ACTION

10 CIV 2702

To: *(Defendant's name and address)*
Jon Bakhshi
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

CLERK OF COURT

Date: MAR 2 0 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Justin Armstrong

        *Plaintiff*

v.

"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, "John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, Tim Regisford, Greg Annunziata, and W&M Operating, LLC

        *Defendant*

Civil Action No.

JUDGE COTE
10 CIV 2702

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Barry Mullineaux
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Neal Brickman, PC
                                        317 Madison Avenue, 21st Floor
                                        New York, NY 10017
                                        212 986 6840

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: _____

MAR 2 0 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JUDGE COTE

JUSTIN ARMSTRONG

V.

"JOHN DOE" NEW JERSEY STATE TROOPERS 1-5, 150 RFT VARICK CORP. d.b.a. GREENHOUSE USA, "JOHN DOE" GREENHOUSE SECURITY 1 & 2, JON BAKHSHI, BARRY MULLINEAUX, FRANK PORCO, JOHN BEST, MERLIN BOB WILLIS, TIM REGISFORD, GREG ANNUNZIATA and W & M OPERATING L.L.C.,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 10 CIV 2702

TO: (Name and address of Defendant)

FRANK PORCO
C/O LUCKY STIFFS
211 AVENUE A
NEW YORK, NY 10009

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Offices of Neal Brickman
317 Madison Avnune-21st FL
New York, NY 10017
(212) 986-6840

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____

(By) DEPUTY CLERK

DATE  MAR 26 2010

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Justin Armstrong <br><br> *Plaintiff* <br><br> v. <br> "John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, "John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, Tim Reglsford, Greg Annunziata, and W&M Operating, LLC <br><br> *Defendant* | Civil Action No. JUDGE COTE <br><br> 10 CIV 2702 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
John Best
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

*CLERK OF COURT*

Date:  MAR 2 0 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Justin Armstrong )
)
*Plaintiff* )
)
v. ) Civil Action No.
"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, )
"John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, )
Tim Regisford, Greg Annunziata, and W&M Operating, LLC )
)
*Defendant* )

JUDGE COTE

10 CIV 2702

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Merlin Bob Willis
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
CLERK OF COURT

Date: _____   _____
MAR 2 9 2010   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Justin Armstrong )
) 
*Plaintiff* )
v. ) Civil Action No.
"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, )
"John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, )
Tim Regisford, Greg Annunziata, and W&M Operating, LLC )
)
*Defendant* )

JUDGE COTE

10 CIV 2702

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tim Regisford
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Date: _____

MAR 2 9 2010

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

 JUDGE COTE

Justin Armstrong )
         *Plaintiff* )
v. )  Civil Action No.
"John Doe" New Jersey State Troopers 1-5, 150 RFT Varick Corp. dba Greenhouse USA, )
"John Doe" Greenhouse Security 1&2, Jon Bakhshi, Barry Mullineaux, Frank Porco, John Best, Merlin Bob Willis, )  **10 CIV 2702**
Tim Regisford, Greg Annunziata, and W&M Operating, LLC )
         *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Greg Annunziata
c/o Greenhouse USA
150 Varick Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Neal Brickman, PC
317 Madison Avenue, 21st Floor
New York, NY 10017
212 986 6840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

CLERK OF COURT

Date: _____MAR 2 0 2010_____   _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JUSTIN ARMSTRONG

V.

"JOHN DOE" NEW JERSEY STATE TROOPERS 1-5, 150 RFT VARICK CORP. d.b.a. GREENHOUSE USA, "JOHN DOE" GREENHOUSE SECURITY 1 & 2, JON BAKHSHI, BARRY MULLINEAUX, FRANK PORCO, JOHN BEST, MERLIN BOB WILLIS, TIM REGISFORD, GREG ANNUNZIATA and W & M OPERATING L.L.C.,

JUDGE COTE

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

10 CV 2702

TO: (Name and address of Defendant)

W & M OPERATING LLC
42-12 28TH STREET
LONG ISLAND CITY, NY 11101

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Offices of Neal Brickman
317 Madison Avnune-21st FL
New York, NY 10017
(212) 986-6840

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   MAR 26 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
JUSTIN ARMSTRONG                  :

                Plaintiff,        Case No.10 CV 2702 (DC)

   - against -
                                   **AFFIDAVIT OF SERVICE**

                                                      :

"JOHN DOE" NEW JERSEY STATE
TROOPERS 1-5, 150 RFT VARICK CORP.,
D/B/A GREENHOUSE USA, "JOHN DOE"
GREENHOUSE SECURITY 1&2, JON
BAKHSHI, BARRY MULLINEAUX, FRANK
PORCO, JOHN BEST, MERLIN BOB WILLIS,
TIM REGISFORD, GREG ANNUNZIATA
AND W&M OPERATING, LLC,
                                 :

                Defendants.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That at 3:25 p.m. on March 26, 2010, he served the within SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents upon the named defendants by personally delivering copies to Mr. Craig Smith, a receptionist for 150 RFT Varick Corp., d/b/a Greenhouse USA, at the following address:

                150 RFT Varick Corp.
                d/b/a Greenhouse USA
                150 Varick Street
                New York, NY 10013

The service copies of the SUMMONS & COMPLAINT with the assigned Judges' individual rules and electronic case filing documents were received by a Mr. Craig Smith, who asserted that he was authorized to accept service on behalf of 150 RFT Varick Corp.,d/b/a Greenhouse USA, "John Doe" Greenhouse Security 1&2; Jon Bakhski; Barry Mullineaux; John Best; Merlin Bob Willis; Tim Regisford and Greg Amunziata who are all located at the above address. Mr. Smith is a white male, has brown eyes and black hair. He is approximately 5 feet 6 inches tall and approximately weighs 150 pounds. Mr. Smith is approximately 28 years of age.

That on the 31st day of March, 2010 deponent served copies of the foregoing Summons and Complaint with judge's rules in an envelope that bore the legend "Personal and Confidential"upon 150 RFT Varick Corp., d/b/a Greenhouse USA, "John Doe" Greenhouse Security 1&2; Jon Bakhshi; Barry Mullineaux; John Best; Merlin Bob Willis; Tim Regisford and Greg Annunziata, by placing a true copy of the same in a postpaid wrapper in an Official United States Post Office receptacle, duly addressed as above:

_____
IDRIS MAHMOUD
LIC# 1151131

Sworn to before me this
16th day of April, 2010

_____
NOTARY PUBLIC

JACQUELYN E. FORD
Notary Public, State of New York
No. 01FO4851616
Qualified in Orange County
Commission Expires February 3, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUSTIN ARMSTRONG,

                      Plaintiff(s),                    Case No. 10 CIV 2702 (DC)

   -against-

"JOHN DOE" NEW JERSEY STATE
TROOPERS 1-5, ET AL.,                           **AFFIDAVIT OF SERVICE**

                      Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK   )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 5th day of April, 2010, at approximately 12:28 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT; JUDGE COTE'S RULES; MAGISTRATE JUDGE COTT'S RULES and the ECF CASE FILING RULES & INSTRUCTIONS** upon W&M Operating LLC at 42-12 28th Street, Long Island City, New York by personally delivering and leaving the same with V. Heath, Receptionist, who state that she is authorized to accept service.

      V. Heath is a black female, approximately 55 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 190 pounds, with short black and gray hair and dark eyes.


Sworn to before me this                                                       
6th day of April, 2010                                                 JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JUSTIN ARMSTRONG
      Plaintiff
VS.

AFFIDAVIT OF SERVICE
INDEX# 10 CIV 2702 (DC)

"JOHN DOE" NEW JERSEY STATE TROOPERS, ET. AL.
      Defendant(s)

---

STATE OF NEW YORK     ss:
COUNTY OF ALBANY

MARIA SCHMITZ, being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding. Deponent served duplicate copies of the **Summons in a Civil Action and Complaint with individual Practices in Civil Cases Denise Cote, United States District Judge and Individual Practices of Magistrate Judge James L. Cott** upon **150 RFT VARICK CORP.**, a domestic corporation, in the above entitled proceeding, such service having been made in the following manner, stated herein, and said person being authorized by the Secretary of State to receive such service, at the office of the Department of State in the city of Albany, New York, together with the sum of $40.00 (forty dollars), the statutory fee.

**MARYBETH HUYCK**
NYS Department of State,
Division of Corporations
99 Washington Avenue, One Commerce Plaza, 6th Floor
Albany, New York
April 7, 2010 at 2:30 p.m.

By delivering to and leaving with **MARYBETH HUYCK**, the agent for service on the person in this proceeding as designated under Rule 318 CPLR. Service having been made to such person at the place, time and date stated above.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

Deponent further states that she describes the person actually served as follows:
White female with brown hair, brown eyes, approximately 41 years of age, 5'4" and 121 lbs.

Sworn to before me
This 7th day of April 2010

_Lawrence A. Kirsch_
Notary Public

                                          MARIA SCHMITZ

LAWRENCE A. KIRSCH
Notary Public, State of New York
No. 4787475
Qualified in Albany County
Commission Expires May 31, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------- x
JUSTIN ARMSTRONG,

                Plaintiff,     :    Case No. 10 civ 2702 (DC)

                              :   **AFFIDAVIT OF SERVICE**

- against -

                              :

"JOHN DOE" NEW JERSEY STATE
TROOPERS 1-5, 150 VARICK CORP., D/B/A
GREENHOUSE USA, "JOHN DOE"
GREENHOUSE SECURITY 1& 2, JON
BAKHSHI, BARRY MULLINEAUX, FRANK
PORCO, JOHN BEST, MERLIN BOB WILLIS,
TIM REGISFORD, GREG ANNUNZIATA
AND W & M OPERATING LLC,

              Defendants.     :

---------------- x

STATE OF NEW YORK   }
                            ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on April 6, 2010, he served the Summons and Complaint with Judge's Rules, upon the New Jersey State Police Office of Professional Standards, Intake Adjudication Bureau, who said they would accept service on the five "John Doe" defendants, by placing a true copy of the same in a Certified Mail Return Receipt Requested postpaid wrapper in an Official United States Postal Service receptacle, bearing the number 7002 2030 0005 5480 5474, duly addressed as follows:

       New Jersey State police
       Office of Professional Standards
       Intake and Adjudication Bureau
       810 Bear Tavern Road-Suite 310
       West Trenton, NJ 08628

                                                  _____
                                                  IDRIS MAHMOUD
                                                  Lic No: 1151131

Sworn to before me this
19th day of April, 2005
_____
NOTARY PUBLIC

ETHAN Y. LEONARD
Notary Public, State of New York
No. 02LE5085475
Qualified in New York County
Commission Expires September 22, 2013