UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    Index No: 10 CIV 2702
---------------------------------------------------------------------------X
JUSTIN ARMSTRONG,

      Plaintiff,

-against-                                                        **VERIFIED ANSWER**

"JOHN DOE" NEW JERSEY STATE
TROOPERS 1-5, 150 RFT VARICK CORP.
d.b.a. GREENHOUSE USA, "JOHN DOE"
GREENHOUSE SECRUTIY 1 & 2,
JON BAKHSHI, BARRY MULLINEAUX,
FRANK PROCO, JOHN BEST, MERLIN BOB
WILLIS, TIM REGISFORD, GREG
ANNUNZIATA and W & M OPERATING
L.L.C.,

      Defendants,
---------------------------------------------------------------X

      Defendants, 150 RFT VARICK CORP. W& M OPERATING L.L.C., by its attorneys, BOLAN

JAHNSEN DACEY, as and for verified answer to the plaintiff's verified complaint, respectfully alleges:

      FIRST:      Denies knowledge and information sufficient to form a belief as to those allegations

set forth in paragraphs numbered 1.

      SECOND:      Denies each and every allegation set forth in paragraphs numbered 2.

      THIRD:      Denies each and every allegation set forth in paragraphs numbered 3.

      FOURTH:      Denies each and every allegation set forth in paragraphs numbered 4.

      FIFTH:      Denies knowledge and information sufficient to form a belief as to those allegations

set forth in paragraphs numbered 5.

      SIXTH:      Denies knowledge and information sufficient to form a belief as to those allegations

set forth in paragraphs numbered 6.

      SEVENTH:      Denies each and every allegation set forth in paragraphs numbered 7, except admits

Greenhouse is a d/b/a of 150 RFT Varick Corp.

EIGHTH:     Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 8.

NINTH:      Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 9, except admits the defendants, except GREG ANNUNZIATA, are shareholders of 150 RFT Varick Corporation..

TENTH:      Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 10.

ELEVENTH: Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 11

TWELFTH:    Admit the truth of each and every allegation contained in each and every allegation in the Complaint designated at paragraphs 12.

THIRTEENTH:      Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 13.

FOURTEENTH:      Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 14.

FIFTEENTH:      Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 15.

SIXTEENTH: Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 16.

SEVENTEENTH:      Denies knowledge and information sufficient to form a belief as to those

allegations set forth in paragraphs numbered 17.

EIGHTEENTH:     Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 18.

NINTEENTH: Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 19.

TWENTY:     Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 20.

TWENTY-ONE:   Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 21.

TWENTY-TWO:     Denies each and every allegation set forth in paragraphs numbered 22.

TWENTY-THREE:   Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 23.

TWENTY-FOUR:     Denies each and every allegation set forth in paragraphs numbered 24.

TWENTY-FIVE:     Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 25.

TWENTY-SIX:     Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 26.

TWENTY-SEVEN:   Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 27.

TWENTY-EIGHT:   Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 28.

TWENTY-NINE:   Denies each and every allegation set forth in paragraphs numbered 29.

THIRTY:     Denies each and every allegation set forth in paragraphs numbered 30.

THIRTY-ONE:        Denies each and every allegation set forth in paragraphs numbered 31.

THIRTY-TWO:        Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 32.

THIRTY-THREE:      Denies each and every allegation set forth in paragraphs numbered 33.

THIRTY-FOUR:       Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 34.

THIRTY-FIVE:       Denies each and every allegation set forth in paragraphs numbered 35.

THIRTY-SIX: Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 36.

THIRTY-SEVEN:      Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 37.

THIRTY-EIGHT:      Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 38.

THIRTY-NINE:       Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 39.

FOURTY:       Denies each and every allegation set forth in paragraphs numbered 40.

FOURTY-ONE:        Denies each and every allegation set forth in paragraphs numbered 41.

FOURTY-TWO:        Denies each and every allegation set forth in paragraphs numbered 42.

FOURTY-THREE:      Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 43.

FOURTY-FOUR:       Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 44.

FOURTY-FIVE:       Denies each and every allegation set forth in paragraphs numbered 45.

FOURTY-SIX:          Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 46.

FOURTY-SEVEN:     Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs  47.

FOURTY-EIGHT:      Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 48.

FOURTY-NINE:        Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 49.

FIFTY:          Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 50 of the (Verified) Complaint.

FIFTY-ONE:  Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 51.

FIFTY-TWO: Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 52.

FIFTY-THREE:       Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 53.

FIFTY-FOUR:Denies each and every allegation set forth in paragraphs numbered 54.

FIFTY-FIVE: Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 55.

FIFTY-SIX:    Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 56.

FIFTY-SEVEN:       Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 57 of the (Verified) Complaint.

FIFTY-EIGHT:       Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 58.

FIFTY-NINE: Denies each and every allegation set forth in paragraphs numbered 59.

SIXTY:       Denies each and every allegation set forth in paragraphs numbered 60.

SIXTY-ONE: Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 61.

SIXTY-TWO: Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 62 of the (Verified) Complaint.

SIXTY-THREE:       Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 63.

SIXTY-FOUR:       Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 64.

SIXTY-FIVE: Denies each and every allegation set forth in paragraphs numbered 65.

SIXTY-SIX:   Denies each and every allegation set forth in paragraphs numbered 66.

SIXTY-SEVEN:       Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 67.

SIXTY-EIGHT:       Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 68 of the (Verified) Complaint.

SIXTY-NINE: Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 69.

SEVENTY:    Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 70.

SEVENTY-ONE:    Denies each and every allegation set forth in paragraphs numbered 71.

SEVENTY-TWO:    Denies each and every allegation set forth in paragraphs numbered 72.

SEVENTY-THREE:   Denies each and every allegation set forth in paragraphs numbered 73.

SEVENTY-FOUR:    Denies in the form alleged each and every allegation and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 74.

SEVENTY-FIVE:    Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 75 of the (Verified) Complaint.

SEVENTY-SIX:    Denies in the form alleged each and every allegation and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 76.

SEVENTY-SEVEN:   Denies each and every allegation set forth in paragraphs numbered 77.

SEVENTY-EIGHT:   Denies each and every allegation set forth in paragraphs numbered 78.

SEVENTY-NINE:    Denies each and every allegation set forth in paragraphs numbered 79.

EIGHTY:    Denies each and every allegation set forth in paragraphs numbered 80.

EIGHTY-ONE:    Denies in the form alleged each and every allegation and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 81.

EIGHTY-TWO:    Denies each and every allegation set forth in paragraphs numbered 82.

EIGHTY-THREE:    Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 83 of the (Verified) Complaint.

EIGHTY-FOUR:    Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 84.

EIGHTY-FIVE:    Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 85.

EIGHTY-SIX: Denies each and every allegation set forth in paragraphs numbered 86.

EIGHTY-SEVEN:    Denies each and every allegation set forth in paragraphs numbered 87.

EIGHTY-EIGHT:    Denies each and every allegation set forth in paragraphs numbered 88.

EIGHTY-NINE:    Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 89.

NINTY:    Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 90 of the (Verified) Complaint.

NINTY-ONE: Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 91.

NINTY-TWO: Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 92.

NINTY-THREE:    Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 93.

NINTY-FOUR:        Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 94 of the (Verified) Complaint.

NINTY-FIVE: Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 95.

NINTY-SIX:   Denies each and every allegation set forth in paragraphs numbered 96.

NINTY-SEVEN:        Denies each and every allegation set forth in paragraphs numbered 97.

NINTY-EIGHT:        Denies each and every allegation set forth in paragraphs numbered 98.

NINTY-NINE:Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 99.

ONE HUNDRED:        Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 100 of the (Verified) Complaint.

ONE HUNDRED ONE:        Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 101.

ONE HUNDRED TWO:        Denies each and every allegation set forth in paragraphs numbered 102.

ONE HUNDRED THREE:        Denies each and every allegation set forth in paragraphs numbered 103.

ONE HUNDRED FOUR:        Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 104.

ONE HUNDRED FIVE:        Denies each and every allegation set forth in paragraphs numbered 105.

ONE HUNDRED SIX:        Denies each and every allegation set forth in paragraphs numbered 106.

ONE HUNDRED SEVEN:     Denies each and every allegation set forth in paragraphs numbered 107.

ONE HUNDRED EIGHT:     Denies each and every allegation set forth in paragraphs numbered 108.

ONE HUNDRED NINE:       Denies each and every allegation set forth in paragraphs numbered 109.

ONE HUNDRED TEN: Denies in the form alleged each and every allegation and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 110.

ONE HUNDRED ELEVEN: Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 111 of the (Verified) Complaint.

ONE HUNDRED TWELVE: Denies in the form alleged each and every allegation and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 112.

ONE HUNDRED THIRTEEN:       Denies each and every allegation set forth in paragraphs numbered 113.

ONE HUNDRED FOURTEEN:       Denies each and every allegation set forth in paragraphs numbered 114.

ONE HUNDRED FIFTHTEEN:       Denies in the form alleged each and every allegation and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 115.

ONE HUNDRED SIXTEEN: Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 116 of the (Verified) Complaint.

ONE HUNDRED SEVENTEEN:    Denies in the form alleged each and every allegation   and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 117.

ONE HUNDRED EIGHTEEN:    Denies each and every allegation set forth in paragraphs numbered 118.

ONE HUNDRED NINTEEN: Denies each and every allegation set forth in paragraphs numbered 119.

ONE HUNDRED TWENTY: Denies each and every allegation set forth in paragraphs numbered 120.

ONE HUNDRED TWENTY-ONE:    Denies each and every allegation set forth in paragraphs numbered 121.

ONE HUNDRED TWENTY-TWO: Denies each and every allegation set forth in paragraphs numbered 122.

ONE HUNDRED TWENTY-THREE:    Denies in the form alleged each and every allegation and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 123.

ONE HUNDRED TWENTY-FOUR: Denies each and every allegation set forth in paragraphs numbered 124.

ONE HUNDRED TWENTY-FIVE: Denies each and every allegation set forth in paragraphs numbered 125.

ONE HUNDRED TWENTY-SIX:    Repeats and reiterates each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph number 126 of the (Verified) Complaint.

ONE HUNDRED TWENY-SEVEN: Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 127.

ONE HUNDRED TWENTY-EIGHT:Denies each and every allegation set forth in paragraphs numbered 128.

ONE HUNDRED TWENTY-NINE:  Denies knowledge and information sufficient to form a belief as to those allegations set forth in paragraphs numbered 129.

ONE HUNDRED THIRTY:   Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 130.

ONE HUNDRED THIRTY-ONE:    Denies in the form alleged each and every allegation contained with the Complaint in paragraphs 131.

ONE HUNDRED THIRTY-TWO:   Denies each and every allegation set forth in paragraphs numbered 132.

ONE HUNDRED THIRTY-THREE: Denies in the form alleged each and every allegation  and refers all questions of fact and law to the ultimate triers of fact and law contained within the Complaint in paragraphs 133.

Any paragraph not answered is denied

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Pursuant to CPLR Article 16, the liability of defendant, to the plaintiff(s) herein for non-economic

loss is limited to defendant's (s) equitable share determined in accordance with the relative culpability of

each person causing or contributing to the total liability for non-economic loss

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

That by entering into the activity in which the plaintiff(s) was engaged at the time of the

occurrence set forth in the complaint, said plaintiff(s) knew the hazards thereof and the inherent risks

incident thereto and had full knowledge of the dangers thereof, that whatever injuries and damages were

sustained by the plaintiff(s) herein as alleged n the Complaint arose from and were caused by reason of

such risks voluntarily undertaken by the plaintiff(s) in his/her activities and such risks were assumed and

accepted by him/her in performing and engaging in said activities.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Any damages sustained by the plaintiff(s) were caused by the culpable conduct of the plaintiff(s)

including contributory negligence, assumption of risks, breach of contract and not by the culpable conduct

or negligence of this answering defendant.  But if a verdict of judgment is awarded to the plaintiff(s), then

and in that event the damages shall be reduced in the proportion which the culpable conduct attributable

to the plaintiff(s) bears to the culpable conduct which caused the damages.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim for all causes of action.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Whatever injuries and/or damages sustained by the plaintiff(s) at the time and place alleged in the

Complaint, were due to the acts of parties over whom the defendant was not obligated to exercise any control

or supervision

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiff(s) failed to mitigate damages.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Any proceedings instituted against plaintiff(s) were done with probable cause and therefore

defendant(s) conduct was lawful and reasonable under the circumstances.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

That the plaintiff(s) failed to use safety devices available to the plaintiff(s) at the time of the events

alleged in the plaintiff (s) Complaint and the plaintiff(s) failure to use such devices was negligent and was

a cause in whole or in part or in part of the injuries sustained by plaintiff(s).

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

That the plaintiff(s) could with due diligence has/have obtained personal jurisdiction over

tortfeasors not made parties to this lawsuit and thus the culpability of such missing or absent tortfeasors is

to be apportioned into the total culpability allegedly causing the subject occurrence.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

The plaintiff(s) Complaint should be dismissed since the claims against the defendant is/are

frivolous, and costs and attorneys fees should be awarded to defendant (s) pursuant to CPLR § 8303-a and

Federal Rule 12.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

Defendant(s) invoke/invokes the protection of Public Health Law §2805-d(4) with respect to the alleged cause of action for informed consent, and reserve all rights pursuant thereto.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

Any injuries suffered by plaintiff were not caused by a negligent act or omission of defendant or any individual acting under his direction or control.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

That at all times herein, this answering defendant acted in good faith.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

That at all times herein, this answering defendant acted in self defense.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

That plaintiff's causes of action pursuant to 42 U.S.C. §1983 are not maintainable as this answering defendant was not acting "under color of law".

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

Defendant reserves all rights to add additional affirmative defenses which may be ascertained in the course of discovery in this action.

## AS AND FOR A CROSS-CLAIM AGAINST CO-DEFENDANTS "JOHN DOE" NEW JERSEY STATE TROOPERS 1-5
## THIS ANSWERING DEFENDANT ALLEGES:

That if Plaintiff was caused injuries and/or damages as alleged in the Complaint through negligence other than Plaintiff's own negligence, carelessness and recklessness, said injuries and/or damages were sustained due to the primary and active, negligent, careless and reckless acts of omission or commission of Co-Defendants **"JOHN DOE" NEW JERSEY STATE TROOPERS 1-5** with the negligence, if any, of the answering Defendants being secondary and/or derivative only.

That if Plaintiff should recover judgment against the answering Defendant, then

Co-Defendants, **"JOHN DOE" NEW JERSEY STATE TROOPERS 1-5**, shall be liable to said

answering Defendant for the full amount of said Judgment of on the basis of apportionment of

responsibility for the alleged occurrence, the answering Defendant is entitled to contribution from and

judgment over and against the Co-Defendants for part of any verdict or judgment which Plaintiff may

recover, in such amounts as a jury or Court may direct.

**WHEREFORE**, defendants, 150 RFT VARICK CORP., W & M OPERATING L.L.C. demands

judgment dismissing the complaint herein together with the costs and disbursements of this action.

Dated:  April 22, 2010
       Brooklyn New York

-------------------------------------------------------------
BOLAN JAHNSEN DACEY
BY:  TODD E GILBERT (TG 5953)
Attorney for Defendants
150 RFT VARICK CORP., W & M OPERATING L.L.C.
1400 Avenue Z - Ste 505
Brooklyn New York 11235
718-368-0000

TO:

    Neal Brickman (NB0874)
    LAW OFFICE OF NEAL BRICKMAN PC
    Attorney for Plaintiff
    317 Madison Avenue 21st Floor
    New York NY 10017
    212-986-6840

## ATTORNEY'S VERIFICATION

TODD E GILBERT, an attorney duly admitted to practice law before the Courts of the state of

New York and a member of the firm of BOLAN, JAHNSEN DACEY, attorneys for the Defendants, 150

RFT VARICK CORP., W & M OPERATING L.L.C., states:

That your affirmant has read the foregoing **ANSWER** and know the contents thereof; that the

same is true to your affirmant's own knowledge except as to the matters which are stated therein to be

alleged on information and belief, and as to those matters your affirmant believes them to be true.

The source of your affirmant's information and belief is an investigation caused to be made with

respect to the facts in this action, and file contents.

The reason this verification is not made by answering Defendants herein, is that that the

Defendants do not reside (or is a corporation and do not have an office) within the County of Kings where

your affirmant's office is maintained.

The undersigned affirms that the foregoing statement is true, under penalties of perjury, pursuant

to CPLR 3030 (D) 93).

Dated: Brooklyn , New York
        April 29, 2010


_____
TODD E GILBERT

**AFFIDAVIT OF SERVICE BY EFILE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

**TODD E GILBERT,** being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in NEW YORK.

That on the 29th april , 2010, deponent served the within **VERIFIED ANSWER** upon:

TO:

    Neal Brickman (NB0874)
    LAW OFFICE OF NEAL BRICKMAN PC
    Attorney for Plaintiff
    317 Madison Avenue 21st Floor
    New York NY 10017
    212-986-6840

Parties in this action, at the addresses designated by said attorneys for that purpose by electronically filing.

                             _____
                              TODD E GILBERT

Sworn to before me this
29th day of april 2010.

_____
Notary Public

LAUREEN GUTTILLA
Notary Public, State of New York
No. 01GU6150313
Qualified in Kings County
Term Expires July 24, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                          Index No: 10 CIV 2702
-----------------------------------------------------------------------X
JUSTIN ARMSTRONG,

      Plaintiff,

-against-                                              **RULE 7.1 STATEMENT**

"JOHN DOE" NEW JERSEY STATE
TROOPERS 1-5, 150 RFT VARICK CORP.
d.b.a. GREENHOUSE USA, "JOHN DOE"
GREENHOUSE SECRUTIY 1 & 2,
JON BAKHSHI, BARRY MULLINEAUX,
FRANK PROCO, JOHN BEST, MERLIN BOB
WILLIS, TIM REGISFORD, GREG
ANNUNZIATA and W & M OPERATING
L.L.C.,

      Defendants,
-----------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, 150 RFT VARICK

CORP. and W & M OPERATING L.L.C. hereby certifies the following:


      There is no parent or publicly traded corporation that owns 10% or more of the stock of 150 RFT

VARICK CORP. and W & M OPERATING L.L.C.

Dated:  April 22, 2010
        Brooklyn New York


-----------------------------------------------------------
      BOLAN JAHNSEN DACEY
      BY:  TODD E GILBERT (TG 5953)
      Attorney for Defendants
      150 RFT VARICK CORP., W & M OPERATING L.L.C.
      1400 Avenue Z - Ste 505
      Brooklyn New York 11235
      718-368-0000