```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JUSTIN ARMSTRONG,                        :
                         Plaintiff,      :     10 Civ. 2702 (DLC)
           -v-                           :
                                         :        ORDER OF
"JOHN DOE" NEW JERSEY STATE TROOPERS 1-  :     DISCONTINUANCE
5,, 150 RFT VARICK CORP., d.b.a.         :
GREENHOUSE USA, "JOHN DOE" GREENHOUSE    :
SECURITY 1 & 2, JON BAKHSHI, BARRY       :
MULLINEAUX, FRANK PORCO, JOHN BEST,      :
MERLIN BOB WILLIS, TIM REGISFORD, GREG   :
ANNUNZIATA, and W&M OPERATING, LLC,      :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action no later than June 10, 2011.

SO ORDERED:

Dated:   New York, New York
         May 31, 2011

_____
DENISE COTE
United States District Judge