UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUSTIN ARMSTRONG,

              Plaintiff,

    -v-

"JOHN DOE" NEW JERSEY STATE TROOPERS
1-5, 150 RFT VARICK CORP., d.b.a.
GREENHOUSE USA, "JOHN DOE"
GREENHOUSE SECURITY 1 & 2, JON
BAKHSHI, BARRY MULLINEAUX, FRANK
PORCO, JOHN BEST, MERLIN BOB WILLIS,
TIM REGISFORD, GREG ANNUNZIATA, and
W&M OPERATING, LLC,

              Defendants.
-------------------------------------------------------------X

ORDER

10 Civ. 2702 (DLC) (JLC)

(ECF Case)

**JAMES L. COTT, United States Magistrate Judge.**

The Court has received letters dated July 13, 2011 from the parties regarding receipt of the settlement payment in this action. Plaintiff states that he has not received any payment from Defendants and requests an order from the Court mandating payment with interest. In response, Defendants explain that a new check will be issued and mailed by Federal Express to Plaintiff's counsel by Monday, July 18. In light of Defendants' efforts, Plaintiff's application is denied without prejudice. Should Plaintiff not receive the check by July 22, 2011, he may renew his application to the Court. The Court awaits a status report from the parties on the mailing and receipt of the settlement payment.

      **SO ORDERED.**

Dated: New York, New York
       July 13, 2011

                                                JAMES L. COTT
                                                United States Magistrate Judge

Copies of this Order have been sent by ECF to all counsel of record.